# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. de BEAUVOIR'S, and GERARD L. de BEAUVOIR'S, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANTA BANK CORP. a/k/a ADVANTA CREDIT CARDS, <br><br> Defendant. | CASE NO. 07CV1972 WQH (POR) <br><br> ORDER DISMISSING CASE WITHOUT PREJUDICE |

HAYES, Judge:

On October 11, 2007, Plaintiffs filed the Complaint in this matter. (Doc. # 1). Thereafter, on November 28, 2007, the Court denied Plaintiffs second motion to proceed in forma pauperis and Ordered Plaintiffs to pay the requisite $350.00 filing fee on or before Friday, December 21, 2007. (Doc. # 5 at 2). To date, Plaintiffs have not paid the $350.00 filing fee in this case.

Pursuant to 28 U.S.C. § 1914(a), all parties instituting a civil action who are not permitted to proceed in forma pauperis must pay a $350.00 filing fee. Here, Plaintiffs have not paid the filing fee in compliance with this Court's Order of November 28, 2007. Accordingly, this case is hereby dismissed without prejudice. The Clerk of the Court is ordered to close this case.

**IT IS SO ORDERED**.

DATED: February 19, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge